PROB 12C
(6/16)

Report Date: October 6, 2026

# United States District Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 07, 2026

SEAN F. McAVOY, CLERK

ECF No. 68

**for the**

**Eastern District of Washington**

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Derek Cameron Brookes Case Number: 0980 1:25CR02031-SAB-1

Address of Offender: [redacted] Yakima, Washington 98901

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: April 27, 2026

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of Firearms, 18 U.S.C. §§ 922(g)(1) and 924(a)(8) | |
| Original Sentence: | Prison - 18 months<br>TSR - 24 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Courtney Pratten | Date Supervision Commenced: June 10, 2026 |
| Defense Attorney: | Robin Collett Emmans | Date Supervision Expires: June 9, 2028 |

## PETITIONING THE COURT

To issue a **warrant** and incorporate the violations in this petition in future proceedings with the violations previously reported to the Court on August 27, 2026.

On June 10, 2026, Mr. Brookes and the probation officer reviewed all the conditions of supervised release to which he would be subject while serving his term of supervision. Mr. Brookes signed a copy of his judgment acknowledging his understanding of the conditions imposed by the Court. He was also provided a copy for his reference.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.<br><br>**Supporting Evidence**: Mr. Brookes is alleged to have violated his supervised release conditions by using a controlled substance, fentanyl, on or about September 24, 2026.<br><br>On September 24, 2026, Mr. Brookes reported to the probation office and completed a urinalysis (UA). The test results were presumptive positive for benzodiazepines and fentanyl. He adamantly denied any illicit drug use. The sample was sent to the contracted vendor for confirmation and later received confirmation of a positive result for fentanyl. |

The U.S. Probation Office respectfully recommends the Court issue a warrant and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: October 6, 2026

s/Maria Balles

Maria Balles
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Stan Bastian
Signature of Judicial Officer

10/7/2026
Date